Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICANDRO ROSALES, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRITT CANYON GOLD LLC and FM US HOLDINGS LIMITED,<br><br>    Defendants. | Case No. 2:25-cv-00269-GMN-MDC<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Nicandro Rosales ("Plaintiff") and Defendants Jerritt Canyon Gold LLC and FM US Holdings Limited ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsels of record, hereby agree and stipulate to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint on file herein to and including April 22, 2025. During the stipulated extension, the Putative Class Members will not be prejudiced. The Parties agree that the statute of limitations under the Fair Labor Standards Act will be tolled for the Putative Class Members, as defined in the Complaint, from the date of the filing of this extension through April 22, 2025. Nothing herein constitutes an admission by Defendants regarding the defined class, if any, nor does the tolling apply to the statute of limitations for the underlying claims in the Complaint.

This is the first request by Defendants for an extension of this deadline. This Stipulation is made in good faith and not for the purposes of delay, but rather to allow the Parties to engage in

/ / /

/ / /

settlement negotiations to attempt to resolve all claims and conserve resources during said negotiations.

Dated: March 10, 2025.

RODRIGUEZ LAW OFFICES, P.C.

/s/ Esther C. Rodriguez
Esther C. Rodriguez (NSBN 006473)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 320-8400
info@rodriguezlaw.com
-and-
Michael A. Josephson, TX Bar No. 24014780*
Andrew W. Dunlap, TX Bar No. 24078444*
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Telephone: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com
-and-
Richard J. (Rex) Burch. TX Bar No. 24001807*
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

*Attorneys for Plaintiff*

\* Pro Hac Vice Applications Pending

Dated: March 10, 2025.

PARSONS BEHLE & LATIMER

/s/ Sarah Ferguson
Sarah Ferguson (NSBN 14515)
50 W. Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendants*

IT IS SO ORDERED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 3/11/2025